IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00570-REB-MEH

CARLOS FROILAN GANDIAGA,

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General of The United States,
MICHAEL CHERTOFF, Secretary for The Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services, and
HUGO TEUFUEL, III, Chief FOIA Officer for The Department of Homeland Security,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

    The Joint Motion to Convert Scheduling Conference to Status Conference [Filed June 20, 2008; Docket #7] is **granted**. The scheduling conference set for July 1, 2008, at 9:45 a.m. is **converted** to a status conference. The parties should not submit a proposed scheduling order.