IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00570-REB-MEH

CARLOS FROILAN GANDIAGA,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 23, 2008.**

      Upon notice of Defendant complying with the FOIA request which was at issue in this matter, Defendants' Motion for Stay [filed July 1, 2008; docket #12] is **denied as moot**.