IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00570-REB-MEH

CARLOS FROILAN GANDIAGA,

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General of The United States,
MICHAEL CHERTOFF, Secretary for The Department of Homeland Security,
EMILIO T. GONZALEZ, Director for Citizenship and Immigration Services, and
HUGO TEUFUEL, III, Chief FOIA Officer for The Department of Homeland Security,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 14, 2008.**

    Defendants' Unopposed Motion to Vacate Settlement Conference [filed August 13, 2008; docket #25] is **granted**. The Settlement Conference currently set for August 18, 2008 is hereby **vacated**.